Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 4**

LITTLE BUM BUMS INC.; and BAJA
FULFILLMENT SERVICE LLC,

                         Plaintiffs,

v.

UNITED STATES; U.S. CUSTOMS AND
BORDER PROTECTION; and RODNEY S.
SCOTT, in his official capacity as Commissioner
of U.S. Customs and Border Protection,

                         Defendants.

**SUMMONS**
**Court No. 26-03301**

**TO:**    The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number and
E-mail Address of Plaintiffs' Attorney

/s/ Michael Jackson
_____
Signature of Plaintiffs' Attorney

07/21/2026
_____
        Date

Michael Jackson
Sandler, Travis & Rosenberg, P.A.
15 Enterprise, Suite 250, Office 207
Aliso Viejo, CA 92656
(949) 816-0670
mjackson@strtrade.com

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)